# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>Richard Lorenzo CABA-BATISTA<br><br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>) 24-1153 (M)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 7, 2024 in the county of -- in the
-- District of Puerto Rico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (1) 8 U.S.C. § 1326(a)(1) & (b)(2) | (1) Reentry after Deportation. |

This criminal complaint is based on these facts:

See Attached Affidivit.
Reviewed by SAUSA Steven Liong-Rodríguez.
The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet

MARIANO E GARAY ORTIZ
Digitally signed by MARIANO E GARAY ORTIZ
Date: 2024.12.09 10:45:55 -04'00'

*Complainant's signature*

Mariano Garay-Ortiz, Enforcement Officer, CBP
*Printed name and title*

Sworn to before me pursuant to FRCP 4.1 at 2:12pm by telephone, this 9th day of December 2024, in San Juan, Puerto Rico.

Date: 12/9/24

City and state: San Juan, Puerto Rico

*Judge's signature*

Hon. Marshal D. Morgan, United States Magistrate Judge
*Printed name and title*